# United States District Court

Northern DISTRICT OF Georgia

Millard Rich
Plaintiff

v.

Wayne Garner, former
Commissioner, et al.,
Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:02-cv-2181 JOF

TO: (Name and address of defendant)

Mr. Paul Thornhill
Ga. State Prison
100 Ga. Hwy. 147
Reidsville, Georgia 30453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Millard Rich 110816
S.M.U., Ga. State Prison
100 Ga. Hwy. 147
Reidsville, Georgia 30499-9701

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

*Andrea See*
(BY) DEPUTY CLERK

*April 14, 2003*
DATE

1

# United States District Court

__Northern__ DISTRICT OF __Georgia__

Millard Rich 110816
 Plaintiff.

V.

Wayne Garner, former
commissioner, et al.,
 Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:02-cv-2181 JOF

TO: (Name and address of defendant)

Ms. Christine Jiminez
Ga. Dept. of Corrections
#2 M.L.K. Jr. Dr. S.E. - East Tower
Atlanta, Georgia
 30304

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Millard Rich 110816
S.M.U., Ga. State prison
100 Ga. Hwy. 147
Reidsville, Georgia.
 30499-9701

an answer to the complaint which is herewith served upon you, within _____60_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

_April 14, 2003_
DATE

_Andrea Ge___
(BY) DEPUTY CLERK

7

# United States District Court

__Northern__ DISTRICT OF __Georgia__

Millard Rich 110816
  Plaintiff,

V.

Wayne Garner, former
Commissioner, et al.,
  Defendants

## SUMMONS IN A CIVIL CASE

CASE NUMBER: 1:02-cv-2181 JOF

TO: (Name and address of defendant)

Doctor Sobowale
Richmond Hill's Hospital
Richmond Hill's Georgia

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Millard Rich 110816
S.M.U., Ga. State Prison
100 Ga. Hwy. 147
Reidsville, Georgia.
  30499-9701

an answer to the complaint which is herewith served upon you, within __60__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

_Andrea [signature]_
(BY) DEPUTY CLERK

DATE _April 14, 2003_

7

# UNITED STATES DISTRICT COURT

Northern District of Georgia

Millard Rich
Plaintiff

V.

Wayne Garner, former
Commissioner, et al.,
Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:02-cv-2181 JOF

TO: (Name and address of Defendant)

Mrs. Lisa Johnson
Georgia State Prison
100 Ga. Hwy. 147
Reidsville, Georgia
30453

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Millard Rich 110816
S.M.U. Ga. State Prison
100 Ga. Hwy. 147
Reidsville, Georgia
30499-9701

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS                                  April 14, 2003
CLERK                                             DATE

Andrea ___
(By) DEPUTY CLERK

7

# United States District Court

__Northern__ DISTRICT OF __Georgia__

Millard Rich
 plaintiff

   V.

Wayne Garner, former
Commissioner; et al.,
  Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:02 - cv- 2181 JOF

TO: (Name and address of defendant)

Mr. R. D. Collins
100 Roger's Road
Roger's State Prison
Reidsville, Georgia.    30453

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Millard Rich 110816
S.M.U., Ga. State Prison
100 Ga. Hwy. 147
Reidsville, Georgia.
   30499-9701

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS
CLERK

April 14, 2003
DATE

Andrew Lee
(BY) DEPUTY CLERK

7

# UNITED STATES DISTRICT COURT

__Northern__ District of __Georgia__

Millard Rich
 Plaintiff.

V.

Wayne Garner, former
Commissioner, et al.,
 Defendants

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:02-cv-2181 JOF

TO: (Name and address of Defendant)

Mr. Jim Wetherington
Ga. Dept. of Corrections
2 M.L.K. Jr. Dr. S.E. - East Tower
Atlanta, Georgia.
30304

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Millard Rich 110816
S.M.U. Ga. State Prison
100 Ga. Hwy. 147
Reidsville, Georgia.
30499-9701

an answer to the complaint which is served on you with this summons, within ___60___ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

CLERK

_(signature)_
(By) DEPUTY CLERK

_April 14, 2003_
DATE

7

# United States District Court

Northern _____ DISTRICT OF __Georgia__

Millard Rich
    Plaintiff

## SUMMONS IN A CIVIL CASE

V.

CASE NUMBER: 1:02-cv-2181 JoF

Wayne Garner, former
Commissioner, et al.,
    Defendants.

TO: (Name and address of defendant)

    Mr. Wayne Garner
    Ga. Dept. of Corrections
    * 2 M.L.K. Jr. Dr. S.E. - East Tower
    Atlanta, Georgia
    30304

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

    Millard Rich 110816
    S.M.U., Ga. State Prison
    100 Ga. Hwy. 147
    Reidsville, Georgia
    30499-9701

an answer to the complaint which is herewith served upon you, within ____60____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

LUTHER D. THOMAS

April 14, 2003

CLERK

DATE

(BY) DEPUTY CLERK

7